AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | | |
|---|---|---|
| United States of America<br>v.<br>Rayjay BROWN<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No. 26MJ0374<br><br>~~NOT FOR PUBLIC VIEW~~ |

**FILED** JAN 30 2026
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

11915572

RECEIVED U.S. MARSHALS-S/D
2026 JAN 27 PM

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Rayjay Brown                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

   18 U.S.C. § 111(a)(1) – Assault on a Federal Officer (Felony)

DATE: 1/28/26
ARRESTED BY: ICE

STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY: [signature] /ICE

Date:  January 26, 2026

City and state:   San Diego, CA

[signature]
*Issuing officer's signature*

Hon. Brian J. White
*Printed name and title*

### Return

| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
|---|
| at *(city and state)* _____ . |
| |
| Date: _____ |
| _____<br>*Arresting officer's signature* |
| |
| _____<br>*Printed name and title* |